IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. MCCRAY | * |
| | *    Civil No. GLR-14-3445 |
| Plaintiff | * |
| vs. | * |
| WELLS FARGO BANK N.A. | * |
| JOHN DOES 1-20 | * |
| | * |
| Defendants | * |

**ORDER (1) ADOPTING BANKRUPTCY COURT'S PROPOSED FINDINGS
OF FACT AND CONCLUSIONS OF LAW IN SUPPORTOF MEMORANDUM ORDER
(2) OVERRULING OBJECTIONS AND (3) DISMISSING AMENDED COMPLAINT**

     Upon review of the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law In Support of Dismissal of Amended Complaint (the "Proposed Findings and Conclusions") entered on the docket in the bankruptcy adversary proceeding styled *McCray v. Wells Fargo Bank*, Adv. Proc. No. 13-0710-NVA, as well as the Objections thereto by Ms. McCray (the "Objections") and a de novo review of the record, it is this _____ day of _____, 2014, by the United States District Court for the District of Maryland,

     ORDERED that the Objections are overruled; and it is further

     ORDERED that the Proposed Findings and Conclusions are adopted; and, it is further

     ORDERED that Amended Complaint [dkt. 33 in the bankruptcy adversary proceeding] is dismissed with prejudice.

_____
United States District Judge
