```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MARYLAND
```

RENEE L. MCCRAY,                  *

   Plaintiff,                   *

v.                                *       Civil No. GLR-14-3445

WELLS FARGO BANK N.A.,            *

   Defendant.                   *

## ORDER

Upon review of the United States Bankruptcy Court for the District of Maryland's Proposed Findings of Fact and Conclusions of Law in Support of Dismissal of Amended Complaint (ECF No. 1), entered on the docket in the bankruptcy adversary proceeding styled McCray v. Wells Fargo Bank, Adv. Proc. No. 13-0710-NVA, as well as the Objections thereto by McCray (ECF No. 2) and a de novo review of the record, it is this 14th day of October, 2015, by the United States District Court for the District of Maryland, hereby

ORDERED that the Objections (ECF No. 2) are overruled;

IT IS FURTHER ORDERED that the Proposed Findings and Conclusions (ECF No. 1) are ADOPTED;

IT IS FURTHER ORDERED that Amended Complaint [dkt. 33 in the bankruptcy adversary proceeding] is DISMISSED with prejudice; and

IT IS FURTHER ORDERED the Clerk shall CLOSE this case.

                                                                          /s/
                                      _____
                                      George L. Russell III
                                      United States District Judge