# ANNEX 6

**WELLS FARGO | HOME MORTGAGE**

## RECLOSURE HEADER SHEET

Borrower Name
Loan Number
Barcode

### FILE HISTORY

| From | Date | To |
|---|---|---|
| Check In/ Review: | 8/10/12 | NE REQ. / COLFLRSH / ASSIGN. / HMEC |
| Jason Pilone | 8/10/12 | IMAGING / NOTE ENDORSEMENT ISSUE |
| NE | 10/3/12 | DM |
| FR: Exceptional May-K. Yang | 10/15/2012 | Imaging |

### Loan Status

| CHECK IN | REVIEW | NOT APPLICABLE TO FR DEPARTMENT |
|---|---|---|
| Nevada Mediation (notify WD) | ___ File Missing Note ( send to SAVO) | ___ Bankruptcy (filed out by SDI) |
| Assignment Team Requesting Col. File | X Note Endorsement Loan (send to NE Team) | ___ Custodial Reinstatement Rejection (send to SAVO) |
| | | ___ LNA (send to collateral file) |
| Loan Number Archived in Arrow | | |
| Loan Number Not Found | | |
| Mixed Files | | |

### Note Endorsement Team

| | |
|---|---|
| ☒ 4A: Endorsed to Blank | 4B: Endorsed Per Bene Vesting |
| 4C: Note Needs End State | Error - see comments |

Comments _____

### Lost Note Affidavit Team

| | |
|---|---|
| 4D Lost Note Affidavit Prepared | Col. File Found without Note |
| Check Review Order Defi (Special Routing info) | Col. File Found with the Note (no action needed) |
| | Col. File not found, Pocket Folder Needed |

Comments _____

Updated: 7/16/12