# ANNEX B



January 10, 2012

Renee L. McCray
109 N. Edgewood Street
Baltimore, MD 21229-3021

Dear Renee L. Mccray:

RE: Loan Number 708-0199507104
Property Address: 109 N. Edgewood Street, Baltimore MD 21229

I am responding on behalf of Wells Fargo Home Mortgage (WFHM) senior management to your complaint filed with the Consumer Financial Protection Bureau (CFPB) and to correspondence received directly from you in our office on December 16 and December 27, 2011.

It has been a pleasure being your single point of contact and working with you regarding your recent mortgage account inquiry. The following information is being provided as a follow-up regarding the resolution discussed in our recent telephone conversation on January 10, 2012.

Our records indicate that WFHM received a similar issue regarding your mortgage account directly from you on November 29, 2011. Enclosed is our response sent to you on December 15, 2011. This previous correspondence also addresses the matters you presented in your recent correspondences.

I would first like to provide some background information to ensure that clarity is established regarding the terms of your loan as well as our processes. At the closing of your loan, you executed a Deed of Trust, which secures the named property as collateral for the loan. The Deed of Trust names Renee L. McCray as the 'Borrower' or Trustor, American Home Mortgage as the 'Lender'. You have been provided a copy of the Deed of Trust and the Note, as well as any additional riders in our enclosed response dated December 15, 2011.

The Deed of Trust provides for the terms and conditions of the loan, including the right to sell the Note or change the loan servicer. Please refer to Page 11, Item 20, of the security instrument for additional information. In addition, I would like to reaffirm that the sale of a loan on the secondary market is common practice within the mortgage industry; however, unless the sale also involves the transfer of the loan servicing rights, it is usually seamless to the Borrower.

The loan was sold on the secondary market to Federal Home Loan Mortgage Corporation, known as Freddie Mac, on November, 14, 2005; however, the servicing rights have been maintained by WFHM since we acquired the loan from American Home Mortgage on October 25, 2008. This sale in no way affects or fulfills your obligation to repay the debt you incurred by signing the Note and Deed of Trust. In addition, as the servicing agent, all correspondence related to the loan must be directed to WFHM and we will respond on behalf of the investor.

EX0083/BRCM00577850


HOME MORTGAGE

McCray
January 10, 2012
Page 2

Mortgage Electronic Registration System (MERS) holds the mortgage on behalf of the investor and servicer until the loan is paid in full. Any changes to the servicing and investor on the loan are tracked through MERS, as assignments are no longer needed. WFHM has a responsibility to service your loan based on the Note and security instrument signed at loan closing.

As of the date of this letter, your mortgage loan is active and has an unpaid principal balance of $60,026.92. Your loan is currently due for the January 1, 2012, monthly mortgage payment.

Finally, as previously advised, any information requested that was not provided, either does not apply to a mortgage loan or is considered proprietary and will not be provided without a subpoena.

If you have any additional questions regarding the content of this letter, please contact me directly at (877) 218-4356, extension 20520. I am available to assist you Monday through Friday, 7:30 a.m. to 4:30 p.m., Central Time.

Sincerely,

*[signature: Kris Peterson]*

Kristopher Peterson
Executive Mortgage Specialist, Office of Executive Complaints

Enclosure(s)

CC/Enc:   Consumer Financial Protection Bureau
          Reference No. 111228-000090

EXD03/BRC/eo577850