**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA  23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**  
    **CLERK**

                             **TELEPHONE**  
                           **(804) 916-2700**

December 17, 2015

Felicia Cannon, Clerk
U.S. District Court of Maryland
101 West Lombard Street
Baltimore, MD 21201-2690

      Re:    **McCray v. Wells Fargo Bank, N.A.**
               1:14-cv-03445-GLR

Dear Ms. Cannon:

By letter dated 11/13/15, notice was sent to your court indicating that an appeal had been received by this office but would not be docketed until action by the district court.

Please continue to update this court as to the status of this case as necessary.

Thank you for your assistance.

                                        Yours truly,

                                        */s/ Margaret Thomas*