IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2016 JAN 14 PM 2: 53

| | | |
|---|---|---|
| Renee L. McCray | ) | Civil Action No.: GLR-14-3445 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT IN SUPPORT OF MOTION FOR |
| | ) | RELIEF FROM A JUDGMENT OR ORDER |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | |
| Defendant(s) | ) | |

Renee Louise McCray, hereinafter Plaintiff, and in this court of record submits this affidavit in support to outline and reveal the relevant facts concerning the Plaintiff's Motion for Relief from a Judgment or Order (Doc. 6).

The undersigned Affiant, Renee Louise McCray, does affirm, and declare under penalty of perjury under the laws of the United States of America, declares as follows:

1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity.

### AFFIDAVIT AND STATEMENT OF FACTS

4. I have reasonable grounds to believe that WELLS FARGO BANK N.A. accepted and is aware that the obligation, $66,500.00, as evidenced by a Promissory Note, secured by a Deed of Trust plus interest and fees in the amount of $26,974.27 was discharged in full on July 14, 2014, Case No.: 13-26131 – NVA Chapter 7 and there is no proof to the contrary; and that

5. The Promissory Note is a nullity due to the debt having been discharged in full on July 14, 2014, Case No.: 13-26131 – NVA Chapter 7 and there is no proof to the contrary; and that

6. The security instrument is now a nullity because there is no verified evidence of a debt to be secured, having been discharged in full on July 14, 2014, Case No.: 13-26131 – NVA Chapter 7 and there is no proof to the contrary; and that

7. A Notice of intent to sign and submit the Affidavit of Satisfaction was presented to WELLS FARGO BANK N.A. on January 13, 2016 by registered mail article number RE 713 811 770 US, and that
8. Wells Fargo Bank N.A. was given 10-days from the date of receipt of notice, to provide a verified response to rebut or accept the affidavit; and that
9. If WELLS FARGO BANK N.A. chooses to remain silent and not respond, their silence will be deemed acquiescence and agreement; and that
10. WELLS FARGO BANK N.A. agrees to submit a satisfaction of debt for recording; and that
11. If WELLS FARGO BANK N.A. does not submit a satisfaction of debt or contends the debt remains unsatisfied; The debt will be deemed satisfied in full accord, as indicated in the ORDER GRANTING DISCHARGE OF DEBTOR, Case No.: 13-26131 – NVA Chapter 7; and there is no proof to the contrary; and that
12. It is deemed that Wells Fargo Bank N.A. does not have a valid lien, and is unable to produce a valid lien (see paragraphs No. 5 and 6), and there is no proof to the contrary; and that
13. WELLS FARGO BANK N.A., a debt collector is making the presumption that the photo copies and facsimiles of the Deed of Trust and Promissory Note represent evidence of a valid lien, when in fact they have not submitted any verified true and correct copies of any original documents (note and deed of trust) in their possession to support that presumption as a certain fact; and there is no proof to the contrary; and that
14. WELLS FARGO BANK N.A. as a debt collector is simply using their presumption as a **means to collect on a debt that has been discharged.** and there is no proof to the contrary; and that
15. **It is also a fact that WELLS FARGO BANK N.A. never at any time loaned money to the Plaintiff, nor does WELLS FARGO BANK N.A. have in its possession an executed contract between WELLS FARGO BANK N.A. and Plaintiff, signed by the Plaintiff;** and there is no proof to the contrary; and that
16. **WELLS FARGO N.A. has not entered any verified evidence into the record, therefore, the Motion to Vacate the Order is proper, and should be so ordered.**

**Advisory Note:** The term "verification" is defined in Black's Law Dictionary 6th Edition: "Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition. Affidavit of truth of matter states an object of verification is to assure good faith in averments or statements of party." The term "verify" is defined in Black's Law Dictionary 6th Edition: "To confirm or substantiate by oath or affidavit. Particularly used of making formal oath to accounts, petitions, pleadings, and other papers." The word "verified," when used in a statute, ordinarily imports a verity attested by the sanctity of an oath. It is frequently used interchangeably with "sworn." "To prove to be true; to confirm or establish the truth or truthfulness; to check or test the accuracy or exactness of; to confirm or establish the authenticity of; to authenticate; to maintain; to affirm; to support; to second; back as friend."

## VERIFICATION

Subscribed and affirmed, without prejudice, and with all rights reserved, the undersigned, Renee Louise McCray, by Special Appearance, without the United States, declares under penalty of perjury, under the laws of the United States of America, states as follows: All the facts herein are true, correct of my own personal knowledge.

IN WITNESS WHEREOF I hereunto set my hand and seal on this ___14th___ day of ___January___, 2016, and hereby certify all the statements made above are true, correct and complete.

By: _____
Renee Louise McCray, without the United States

## JURAT

State of Maryland    )
                     ) subscribed and affirmed:
County of Baltimore  )

On this __14__ day of __January__, 2016, before me, the undersigned, a Notary Public in and for State of Maryland, __RENEE LOUISE MC CRAY__, personally appeared before me, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that she has executed the same.

Signed: _____    Seal
Printed Name: __DENISE E. PAILIN__
Date: __01-14-2016__
My Commission Expires: __03-07-2018__

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Affidavit of Support for Motion for Relief from a Judgment or Order have been sent to the following list below by USPS Certified and First Class Mail on January 14, 2016 (see attached USPS mailing receipt).

Michael S. Barranco
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland 21204

Dated: January 14, 2016

_____
Renee L. McCray

```
========================================
               CARROLL
           340 S LOUDON AVE
              BALTIMORE
                  MD
               212299998
              2304010009
01/14/2016    (800)275-8777   1:29 PM
========================================
========================================
Product              Sale       Final
Description          Qty        Price

First-Class           1         $0.49
Mail
Letter
    (Domestic)
    (TOWSON, MD  21204)
    (Weight:0 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Saturday 01/16/2016)

Total                           $0.49

Cash                            $1.00
Change                         ($0.51)
```

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
****************************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #:  840-52100107-1-245301-2
Clerk:   08