# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **RENEE L. MCCRAY** | * |
| Plaintiff | * |
| v. | *   Civil No. GLR-14-3445 |
| **WELLS FARGO BANK, N.A.** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE TO THE
### "AFFIDAVIT IN SUPPORT OF MOTION FOR
### RELIEF FROM JUDGMENT OR ORDER"
### FILED BY RENEE L. McCRAY

Wells Fargo Bank, N.A. ("Wells Fargo") hereby responds to the "Affidavit in Support of Motion for Relief from Judgment or Order" (the "Affidavit") (ECF Doc. 14 in this case) filed by Renee L. McCray ("McCray"), as follows:

McCray's purpose in filing her Affidavit is unclear.[1]  Contrary to what is implied by its title, it in no way supports her previously filed Motion for Relief

---

[1] In her Affidavit, McCray references an "Affidavit of Satisfaction" allegedly sent by registered mail to Wells Fargo on January 13, 2016.  McCray did not attach this "Affidavit of Satisfaction" to her Court filing, or state the address to which she mailed the document (and provides only a partial tracking number).  However, she claims that she demanded that Wells Fargo provide a "verified response to rebut or accept the affidavit" and that if it "chooses to remain silent and not respond [then its] silence will be deemed acquiescence and agreement" that it "does not have a valid lien."  McCray has a long history of mailing similar meaningless "respond or be deemed to acquiesce" papers and pursuing other bogus debt elimination schemes.

(ECF 6).  Moreover, McCray has already filed her Reply (ECF 12) to Wells Fargo's Response in Opposition (ECF 7) to McCray's Motion for Relief.[2]  The court rules do not provide for limitless seriatim filings.

Although McCray's Affidavit is difficult to decipher, it appears that she is attempting to introduce a new argument that the right to enforce the secured interest evidenced by the Deed of Trust has been lost as a result of her Chapter 7 bankruptcy discharge. Judge Alquist had found that Wells Fargo (the loan servicer) is the holder of the promissory note and is therefore entitled to enforce rights under an associated deed of trust.  *Deutsche Bank Nat. Trust v. Brock*, 430 Md. 714 (2013). (See Findings of Fact and Conclusions of Law, ECF 1).

Putting aside the fact that issues concerning the right to foreclose are properly left for determination by the Circuit Court for Baltimore City, where the foreclosure action is pending,[3] McCray's legal position is simply incorrect.  The Supreme Court of the United States has repeatedly rejected such arguments and held that the discharge of a claim does not affect the status of the creditor's

---

[2]  For the sake of brevity, Wells Fargo refers the Court to its previously filed Response (ECF 7) for additional case background and history, rather than repeating it in this filing.

[3] A copy of the docket entries in the Circuit Court foreclosure action (24O13000528) is attached as Exhibit 1.  The docket history evidences that McCray has filed numerous motions and other papers to dismiss or delay the foreclosure.  The Circuit Court has repeatedly denied her motions.  On September 23, 2015 McCray filed an interlocutory appeal to the Maryland Court of Special Appeals. That Court entered an order dismissing the appeal on December 23, 2015. See Exhibit 2. Pending is McCray's motion for clarification of the dismissal order.

underlying lien on the property.  See *Hamlett v. Amsouth Bank*, 322 F.3d. 342, 348 (4th Cir. 2003) citing numerous Supreme Court cases.

In conclusion, it is still the case that McCray has not presented any valid grounds for the Court to alter its Order of October 14, 2015 overruling her objections, adopting the Proposed Findings and Conclusions and dismissing her Amended Complaint.

Wherefore, Wells Fargo requests that the Court disregard McCray's Affidavit and enter an order denying the Motion for Relief.

    /s/ Michael S. Barranco
Michael S. Barranco, Bar No. 04036
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland  21204
Tel: (410) 494-7777
Fax: (410) 494-1658
email:  msbarranco@tph-law.com

Attorney for Defendant,
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2016, a copy of the foregoing Response and Opposition of Wells Fargo Bank, N.A. to the "Plaintiff's Motion for Relief From Judgment or Order" filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

Renee L. McCray
109 Edgewood Street
Baltimore, Maryland 21229

    /s/ Michael S. Barranco
Michael S. Barranco