UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

April 8, 2016

MEMORANDUM TO PARTIES RE:     Renee Louise McCray v. Wells Fargo Bank, N.A.
Civil Action No. GLR-14-3445

Dear Parties:

On March 30, 2016, the Court issued an Order denying Plaintiff Renee L. McCray's Motion for Relief from a Judgment or Order (ECF No. 6). (ECF No. 17). On April 4, 2016, McCray filed a Notice of Objection to the Court's March 30, 2016 Order. (ECF No. 18).

To the extent McCray's Notice seeks to amend or alter the Court's March 30, 2016 Order under Federal Rule of Civil Procedure 59(e), the Court will deny such a request. A Rule 59(e) amendment is "an extraordinary remedy which should be used sparingly." Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998) (quoting Wright, et al., Federal Practice and Procedure § 2810.1 at 124 (2d ed. 1995)). The Court may make a Rule 59(e) amendment under three circumstances: "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Id. A Rule 59(e) motion, however, may not be used to relitiage old matters. See id.

In the Notice, McCray raises the same arguments raised in her Motion for Relief from Judgment or Order. The Court will, therefore, deny McCray's request to amend the March 30, 2016 Order.

For the foregoing reasons, McCray's Notice of Objection (ECF No. 18) is DENIED. Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly and mail a copy to McCray at her address of record.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge