FILED: April 27, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1415
(1:14-cv-03445-GLR)
(13-26131)
(13-00710)

_____

RENEE LOUISE MCCRAY

    Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A.

    Defendant - Appellee

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk